1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONROE JONES,

          Plaintiff,

   v.

MAPLE-MOUNTAIN COUNTY JAIL
CORRECTIONAL FACILITY,

          Defendant.

Case No. 22-cv-03279-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. Nos. 5 and 9

Plaintiff Monroe Jones has not complied with the Court's order to perfect his application to proceed *in forma pauperis* (IFP) or submit full payment for the $402.00 filing fee by August 1, 2022. Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to follow the Court's order.

Because this dismissal is without prejudice, Jones may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a completed IFP application or full payment for the $402.00 filing fee.

Jones's IFP application is DENIED as insufficient. (Dkt. No. 5.) His motion for law library access is DENIED as moot. (Dkt. No. 9.)

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

      **IT IS SO ORDRED.**

**Dated:** September 14, 2022



WILLIAM H. ORRICK
United States District Judge